# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:20-cv-01540-DOC-JDE |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, | |
| Defendants. | |
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:20-cv-01886-DOC-JDE |
| Plaintiff, | |
| v. | |
| ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, | |
| Defendants. | |

[caption continues on following page]

SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,

Defendants.

Case No. 8:20-cv-01910-DOC-JDE

[PROPOSED] ORDER

Having considered the motion of Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Alteryx, Inc. Securities Litigation*, Master File No. 8:20-cv-01540;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP and Pomerantz LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2020

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE