UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALTERYX, INC. SECURITIES LITIGATION | CASE NO. 8:20-cv-01540 DOC (JDEx)<br><br>Honorable David O. Carter<br><br>**ORDER GRANTING STIPULATION SETTING DEADLINE FOR AN AMENDED COMPLAINT AND A MOTION TO DISMISS BRIEFING SCHEDULE [37]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\120457478.1

ORDER GRANTING STIPULATION SETTING
SCHEDULE FOR AMENDED PLEADINGS
CASE NO. 8:20-CV-01540-DOC-JDE

Pursuant to the Stipulation Setting Deadline for an Amended Complaint and Motion to Dismiss Briefing Schedule filed by Lead Plaintiff Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher and Defendants Alteryx, Inc., Dean A. Stoecker, and Kevin Rubin and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff shall file an amended complaint no later than January 28, 2021;

2. Defendants shall answer or move to dismiss the amended complaint no later than March 19, 2021;

3. Lead Plaintiff shall file an opposition to the motion to dismiss no later than May 7, 2021; and

4. Defendants shall submit a reply in support of their motion to dismiss no later than June 4, 2021.

**IT IS SO ORDERED.**

Dated: January 7, 2021   By: *David O. Carter*
Honorable David O. Carter
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\120457478.1

1

ORDER GRANTING STIPULATION SETTING SCHEDULE FOR AMENDED PLEADINGS
CASE NO. 8:20-CV-01540-DOC-JDE