# EXHIBIT A

**Subject:** RE: In re Alteryx Securities Litigation: Request for Judicial Notice

**Date:** Thursday, March 18, 2021 at 11:33:11 AM Pacific Daylight Time

**From:** Pavithra Rajesh

**To:** Jordan.Cook@lw.com, ahood@pomlaw.com

**CC:** Andrew.Gray@lw.com, Casey Sadler, Ray Sulentic

Jordan,

We agree that the Form 8-Ks filed by Alteryx on February 13, 2020, May 6, 2020, and August 6, 2020 as well as the Form 10-Q filed on August 7, 2020 are incorporated-by-reference, provided that Defendants' motion to dismiss uses these documents within the proper scope of the doctrine. As to the remaining documents, we are unable to take a position at this time without considering the manner in which they are used in the motion and, in the case of historical stock price information, without also viewing the specific document itself.

Best,
Pavithra

_____

Pavithra Rajesh
Associate
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
prajesh@glancylaw.com
www.glancylaw.com

_____

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Tuesday, March 16, 2021 4:04 PM
**To:** ahood@pomlaw.com; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Andrew.Gray@lw.com
**Subject:** In re Alteryx Securities Litigation: Request for Judicial Notice

Counsel:

As discussed on Friday, below is a list of documents on which Defendants intend to rely in their motion to dismiss.  We've separated them out into two categories: (1) documents that we believe are incorporated by reference into the complaint and (2) documents that we believe are properly subject to judicial notice for the fact that certain statements were made.  Please let us know if there are any documents listed that we can agree to being part of the record for purposes of a motion to dismiss.  We understand, of course, that you reserve the right to object if we use them for purposes beyond the proper scope of incorporation by

**Page 1 of 3**

reference/judicial notice.  We also reserve the right to make modifications to the list as we further refine our motion.

Please let us know by Thursday at 3 p.m. if you do not object to use of any of these documents so we can revise our motion accordingly.

Best,

Jordan

--

**Incorporation By Reference**
- Alteryx's Form 8-K filed with the SEC on February 13, 2020
- Transcript of Alteryx's earnings call for the fourth quarter of 2019, dated February 13, 2020.
- Alteryx's presentation at the JMP Securities Technology Conference, dated February 24, 2020.
- Alteryx's Form 8-K filed with the SEC on May 6, 2020, including Alteryx's May 6, 2020 press release.
- Transcript of Alteryx's earnings call for the first quarter of 2020, dated May 6, 2020.
- Alteryx's Form 8-K filed with the SEC on August 6, 2020, including Alteryx's August 6, 2020 press release.
- Transcript of Alteryx's earnings call for the second quarter of 2020, dated August 6, 2020.
- Alteryx's Form 10-Q for the quarterly period ended June 30, 2020, filed with the SEC on August 7, 2020.
- Alteryx's historical stock price information.
- D. Stoecker's Forms 4 filed with the SEC on January 3, 2019; March 6, 2019; August 16, 2019; December 2, 2019; December 17, 2019; January 3, 2020; January 14, 2020; February 14, 2020; February 20, 2020; March 17, 2020; April 15, 2020; May 15, 2020; May 20, 2020; June 17, 2020; July 15, 2020.
- K. Rubin's Forms 4 filed with the SEC on January 3, 2019; January 15, 2019; February 12, 2019; February 27, 2019; March 8, 2019; May 24, 2019; June 11, 2019; July 10, 2019; August 14, 2019; September 10, 2019; October 9, 2019; November 6, 2019; December 2, 2019; December 9, 2019; January 3, 2020; January 8, 2020; February 19, 2020; March 12, 2020; April 10, 2020; June 8, 2020; July 7, 2020.

**Judicial Notice**
- Alteryx's Form 8-K filed with the SEC on August 8, 2018.
- Alteryx's Form 10-K for the fiscal year ended December 31, 2019, filed with the SEC on February 14, 2020.
- Alteryx's Schedule 14A, filed with the SEC on April 8, 2020.
- Alteryx's Form 10-Q for the quarterly period ended March 31, 2020, filed with the SEC on May 7, 2020.
- Schedule 13G for Dean Stoecker, filed with the SEC on December 31, 2020.
- April 8, 2020 SEC Guidance, entitled "The Importance of Disclosure – For Investors, Markets and Our Fight Against COVID-19."
- Joseph Woelfel, *Dow Falls 900 Points, or 4.55%, Ending Volatile Week as New York and U.K. Go on Lockdown*, Street (Mar. 20, 2020), https://www.thestreet.com/markets/stock-market-today-dow-jones-coronavirus-032020.
- *Incorta Appoints Former Alteryx President Scott Jones as Chief Executive Officer*, Bloomberg (Jan. 21, 2021), https://www.bloomberg.com/press-releases/2021-01-21/incorta-appoints-former-alteryx-president-scott-jones-as-chief-executive-officer.
- Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease(COVID-19) Outbreak, WHITE HOUSE (Mar. 13, 2020), https://trumpwhitehouse.archives.gov/presidential-

actions/proclamation-declaring-nationalemergency-concerning-novel-coronavirus-disease-covid-19-outbreak/

**Jordan Davisson Cook**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: +1.714.755.8238
Email: jordan.cook@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.