LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Andrew R. Gray (Bar No. 254594)
  *andrew.gray@lw.com*
  Jordan D. Cook (Bar No. 293394)
  *jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

*Attorneys for Defendants
Alteryx, Inc., Dean A. Stoecker, and
Kevin Rubin*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALTERYX, INC. SECURITIES LITIGATION | CASE NO. 8:20-cv-01540 DOC (JDEx) <br><br> **JUDGMENT IN FAVOR OF DEFENDANTS ALTERYX, INC., DEAN A. STOECKER, AND KEVIN RUBIN** <br><br> Courtroom: 9D <br> Judge: Hon. David O. Carter |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

JUDGMENT IN FAVOR OF
DEFENDANTS
8:20-cv-01540-DOC-JDE

On June 17, 2021, the Court issued an order granting Defendants' motion to dismiss all claims alleged in the First Amended Complaint. The Court declined to grant leave to amend, thereby terminating the case. ECF No. 51.

Consistent with the Court's order, this action is dismissed with prejudice and judgment hereby entered in favor of Defendants Alteryx, Inc., Dean A. Stoecker, and Kevin Rubin.

**IT IS SO ORDERED.**

Dated: August 2, 2021

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Judge